# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHAWN NOELL HOLLIDAY, INDIVIDUALLY, AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED

NO.   2024 CW 0279

VERSUS

THE LOUISIANA OFFICE OF MOTOR VEHICLES,
THROUGH KAREN ST. GERMAIN, IN HER
OFFICIAL CAPACITY AS THE COMMISSIONER
OF THE LOUISIANA OFFICE OF MOTOR
VEHICLES, THE LOUISIANA DEPARTMENT OF
JUSTICE ATTORNEY GENERAL'S OFFICE,
THROUGH JEFF LANDRY, IN HIS OFFICIAL
CAPACITY AS LOUISIANA ATTORNEY GENERAL,
THE LOUISIANA DEPARTMENT OF REVENUE,
THROUGH KIMBERLY L. ROBINSON, IN HER
CAPACITY AS THE SECRETARY OF THE
LOUISIANA DEPARTMENT OF REVENUE, THE
LOUISIANA OFFICE OF DEBT RECOVERY, A
COOPERATIVE ENDEAVOUR BETWEEN THE
LOUISIANA DEPARTMENT OF REVENUE AND THE
LOUISIANA ATTORNEY GENERAL'S OFFICE,
THROUGH KIMBERLY L. ROBINSON, IN HER
OFFICIAL CAPACITY AS THE SECRETARY OF
THE LOUISIANA DEPARTMENT OF REVENUE AND
JEFF LANDRY, IN HIS OFFICIAL CAPACITY       **JUNE 17, 2024**
AS THE LOUISIANA ATTORNEY GENERAL

---

In Re:    Liz Murrill, in her official capacity as Attorney General,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 652347.

---

**BEFORE:    GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**STAY DENIED; WRIT DENIED.**


COURT OF APPEAL, FIRST CIRCUIT

*a.Sad*
_____
DEPUTY CLERK OF COURT
     FOR THE COURT